TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RENDA C. MAGINNIS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Tele: 520-620-7300
Email: renda.maginnis@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Jacob Aaron Hicks,<br>Defendant. | 4:26-mj-10107-GS-1<br><br>NOTICE OF APPEARANCE OF GOVERNMENT COUNSEL |

The United States of America, by and through its undersigned attorneys, gives notice that Renda C. Maginnis files her appearance as lead counsel for the United States of America in the above-captioned matter, with co-counsel Nicole P. Savel.

Respectfully submitted this 20th day of October, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Renda C. Maginnis*

RENDA C. MAGINNIS
Assistant U.S. Attorney

Copy of the foregoing served this 20th day of October, 2026 to:

ALL ECF PARTICIPANTS.