TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NICOLE P. SAVEL
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nicole.Savel@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Jacob Aaron Hicks,<br>Defendant. | 26-10107-MJ-GS<br><br>NOTICE OF TERMINATION OF GOVERNMENT COUNSEL |

The United States of America, by and through its undersigned attorneys, gives notice that NICOLE P. SAVEL is terminated as counsel of record for the government in the above-captioned matter.

Respectfully submitted this 2nd day of November, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Nicole P. Savel*

NICOLE P. SAVEL
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 2nd day of November, 2026, to:

All ECF Participants